# ARIZONA CERTIFICATE OF TITLE

 **Motor Vehicle Division**
ADOT
48-7200 R09/01

Inventory Control
8005777

| Vehicle Identification Number | | Year | Make | Model | Body Style |
|---|---|---|---|---|---|
| 15702033A | | 2003 | CHAMP | | MH |

First Registered | List Price | Mobile Home Manufacturer | | | Unit Number

088325    CHAMPION HOME BUILDERS    14X76

HOMEPRIDE FINANCE CORP
10801 MASTIN DR #500
OVERLAND PARK KS 66210

| Title Number | Issue Date | Film Number | Odometer Miles (no tenths) * |
|---|---|---|---|
| 210W003227022 | 08152003 | D227210W18 | |

Previous Title Number | State | Issue Date | Previous Film Number

MSO    ORIGINAL

* A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage. WARNING ODOMETER DISCREPANCY

Arizona Brands

Previous Brand | State Previous Brand | State Previous Brand | State Other States With Brands

ADDITIONAL BRAND INFORMATION WILL BE PRINTED HERE IN THE FUTURE.

Owners/Lessees

LINDA M BALLARD
2085 N SAN JOAQUIN RD          TUCSON          AND
                                                AZ 85743

JEANNETTE A PADONAN

Lienholders

FIRST LIEN-
HOMEPRIDE FINANCE CORP          LIEN DATE: 08042003

10801 MASTIN DR #500          OVERLAND PARK    KS 66210

## LIEN RELEASE

| Lienholder Name | | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK IF ALTERED OR ERASED

8005777

# ARIZONA CERTIFICATE OF TITLE



**Motor Vehicle Division**
ADOT
48-7200 R09/01

Inventory Control
8005798

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 15702033B | 2003 | CHAMP | | MH |

| First Registered | List Price | Mobile Home Manufacturer | | Unit Number |
|---|---|---|---|---|
| | 088325 | CHAMPION HOME BUILDERS | | 14X76 |

HOMEPRIDE FINANCE CORP
10801 MASTIN DR #500
OVERLAND PARK KS 66210

| Title Number | Issue Date | Film Number | Odometer Miles (no tenths) * |
|---|---|---|---|
| 210W003227023 | 08152003 | D227210W19 | |

| Previous Title Number | State | Issue Date | Previous Film Number | |
|---|---|---|---|---|
| MSO | | | ORIGINAL | |

* A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Arizona Brands

| Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands |
|---|---|---|---|---|---|---|

ADDITIONAL BRAND INFORMATION WILL BE PRINTED HERE IN THE FUTURE.

Owners/Lessees

LINDA M BALLARD
2085 N SAN JOAQUIN RD                    TUCSON                              AND
                                                                          AZ 85743

JEANNETTE A PADONAN

Lienholders

FIRST LIEN-
HOMEPRIDE FINANCE CORP                      LIEN DATE: 08042003

10801 MASTIN DR #500                    OVERLAND PARK       KS 66210

**LIEN RELEASE**

| Lienholder Name | | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK / VOID IF ALTERED OR ERASED