## CONTINUING POWER OF ATTORNEY

The undersigned, HomePride Finance Corp., organized and existing under the laws of the State of Michigan ("Seller"), hereby irrevocably constitutes and appoints 21st Mortgage Corp., a Delaware corporation (together with any officer on its behalf, "21st Mortgage"), its true and lawful attorney and agent with power and authority to do any and all acts and things reasonably necessary to transact all business connected to the manufactured home loans, evidenced by installment loan agreements and retail installment sales contracts (the "Contracts") listed on Schedule 1 to that Purchase and Sale Agreement dated as of June 30, 2003 as amended, supplemented and modified from time to time (the "Purchase and Sale Agreement), entered into by and between Seller and 21 SPC, Inc. (together with its assigns, including 21st Mortgage, the "Buyer"), together with any manufactured home and/or other real or personal property which secure such Contracts, including, without limitation, the related security instruments, financing statements, certificates of title, mortgages and deeds of trust, all of which were assigned by Seller to Buyer, including those in which Seller or its predecessors are listed as lienholder, beneficiary, or the like, which Contracts and related security instruments have been assigned to and acquired by Buyer pursuant to the terms of the Purchase and Sale Agreement, including, but not limited to, the following:

a) Endorse, without recourse, pursuant to a stamp approved by Seller, names, checks, or other instruments of payments made on the Contracts;

b) Execute assignments from Seller to Buyer of the Security Instruments, including certificates of title, mortgages, deeds of trust, and other security and lien-creating instruments related to the Contracts;

c) Execute releases of liens, security interests, and the like with respect to the Contracts;

d) Perform any and all servicing and collection functions with respect to the Contracts including, without limitation, the servicing functions as contemplated by the Purchase and Sale Agreement;

e) Execute and deliver, on behalf of itself, the lienholder of record and/or Seller, as applicable or appropriate, any and all instruments of satisfaction or cancellation, or partial or full release or discharge, and all other comparable instruments with respect to the Contracts or to the manufactured homes, real property and/or personal property securing such Contracts including, without limitation, any discharges, releases, satisfactions, bills of sale, financing statements, continuation statements, certificates of title, assignments of title, transfers of title or registration, or applications for transfer of title or registration, or similar forms, with respect to any of the manufactured homes, real property and/or personal property securing such Contracts;

f) Sign and file, without Seller's signature, such financing and continuation statements, amendments, and supplements thereto, and other documents which Buyer may from time to time deem necessary to perfect, preserve, and protect its security interest and lien in the chattel paper, real property and/or personal property securing such Contracts;

g) Execute and deliver any and all instruments and take any and all further action in the name of an on behalf of Seller as may be required or deemed desirable to accomplish any and all of the foregoing and carry out the purpose of this Power of Attorney; and

h) Demand, reduce to possession, collect, receive, receipt for, endorse, comprise, settle, or assign without recourse any and all indebtedness, notes, commercial paper, promises to pay, retail installment sale contracts, installment loans, chattel paper, instruments, choses in action, mortgages and deeds of trust, together with all monies due or to become due under said Contracts, including without limitation payaheads, proceeds from any recourse to dealers, and proceeds from claims on any insurance policies relating to such Contracts and any and all claims, choses in action, and rights and causes of action relating thereto, including without limitation any and all real property and personal property, security instruments, and insurance policies held as security for said Contracts, and all other property of every kind identified in said whole or in part and in connection therewith to execute, acknowledge, or handle any instruments in writing which may become necessary in order to carry the foregoing powers into effect.

Buyer is hereby empowered to do any and all lawful acts requisite for effecting the transfer of the Contracts, and the security interests and liens granted thereby, and Seller hereby rectifies and confirms any and all lawful acts that Buyer shall do pursuant to and in conformity with this Power of Attorney. Seller further grants unto Buyer and its agents full authority and power to do and perform any and all acts necessary or incident to the execution of the powers herein expressly granted, as the Buyer or its agents might or could do if personally present.

To induce any third party to act hereunder, Seller hereby agrees that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and Seller or itself and for its legal representatives, successors, and assigns, hereby agrees to indemnify and hold harmless any such third party by reason of such third party having relied on the provisions of this instrument.

The rights, powers, and authority granted hereby shall commence and be in full force and effect on July 1, 2003 and shall remain in full force and effect thereafter. Seller has given this Power of Attorney in connection with a sale of the Contracts and related collateral to Buyer and to induce Buyer to purchase the Contracts and related collateral. This Power of Attorney is irrevocable and it is coupled with an interest.

Seller shall execute and deliver such further designations, powers of attorney or other instruments as Buyer shall reasonably deem necessary for its purposes hereof.

Seller executes this Power of Attorney with the intent to be legally bound hereby, and with the intent that the execution shall have the full dignity afforded by the accompanying witnessing and notarization and all lesser dignity resulting from the absence of such witnessing and notarization or any combination thereof.

(Corporate Seal)           ATTEST:

HOMEPRIDE FINANCE CORP.

By: *Martin L. McNabb*

Title: _____ Authorized Representative _____

State of KANSAS )
County of JOHNSON )

CORPORATE ACKNOWLEDGMENT

I, J LESLIE WRIGHT, a NOTARY PUBLIC, in and for said county, in the state aforesaid, DO HEREBY CERTIFY THAT personally known to me to be Martin L. McNabb of HomePride Finance Corp., and personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person acknowledged that as such Authorized Representative he signed and delivered the said instrument, pursuant to authority given by the Board of Directors of said corporation as his free and voluntary act and deed, and as the free and voluntary act and deed of said corporation for the uses and purposes therein set forth.

GIVEN under my hand and _____ seal this 1st day of July, 2003.

(Notary Seal)

Notary Public

J. LESLIE WRIGHT
Notary Public - State of Kansas
My Appt. Expires 06-17-06

My commission expires: 06-17-06