# TIFFANY & BOSCO
### P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com
18-04061

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Linda Marie Ballard aka C-N-J Ranchette Home for Disabled Elderly Women<br><br>Debtor.<br><br>The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-2<br><br>Movant,<br>vs.<br><br>Linda Marie Ballard aka C-N-J Ranchette Home for Disabled Elderly Women, Debtor; Stanley J Kartchner, Trustee.<br><br>Respondents. | No. 4:18-bk-11788-SHG<br><br>Chapter 7<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>**(REAL PROPERTY)**<br><br>RE: Real Property Located at<br>2085 North San Joaquin Road<br>Tucson, AZ 85743 |

The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-2 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the

Debtor having an address of 2085 North San Joaquin Road, Tucson, AZ 85743 (the "Property"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on September 26, 2018.

2. The Debtor Linda M Ballard and non-filing co-debtor Jeannette A Padonan(deceased) executed and delivered that certain promissory note in the original principal amount of $184,000.00 (the "Note"). A true and correct copy of the Note, with all amendments, allonges, endorsements and/or assignments, is attached hereto as Exhibit "A". Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor under the Note and the Deed of Trust with respect to the Loan are secured by the Property. A true and correct copy of the Deed of Trust is attached hereto as Exhibit "B".

4. All rights and remedies under the Deed of Trust have been assigned to the Movant pursuant to that certain assignment of Deed of Trust. A true and correct copy of the assignment of Deed of Trust is attached hereto as Exhibit "C".

5. Pursuant to Debtor's Statement of Intention the debtor intends on surrendering any and all interest in the subject property. A true and correct copy of the Debtor's Statement of Intention is attached hereto as Exhibit "D".

6. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

DATED this 31st day of December, 2018.

                                         TIFFANY & BOSCO, P.A.

                                         BY:  /s/ LJM #014228
                                                             Mark S. Bosco
                                                             Leonard J. McDonald
                                                             Attorneys for Movant