**THIS ORDER IS APPROVED.**

**Dated: January 24, 2019**

_____
**Scott H. Gan, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Linda Marie Ballard aka C-N-J Ranchette Home for Disabled Elderly Women<br>        Debtor.<br>_____<br>The Bank of New York Mellon FKA The Bank of New York as Trustee for the benefit of the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2004-2<br>        Movant,<br>  vs.<br><br>Linda Marie Ballard aka C-N-J Ranchette Home for Disabled Elderly Women, Debtor, Stanley J Kartchner, Trustee.<br><br>        Respondents. | Chapter 7<br><br>No. 4:18-BK-11788-SHG<br><br>ORDER<br><br>(Related to Docket #22)<br><br>RE:  Real Property Located at<br>2085 North San Joaquin Road<br>Tucson, AZ 85743 |

    Movant's Motion for Relief from Automatic Stay (Real Property) and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain real property which is the

subject of a Deed of Trust dated December 1, 2003 and recorded in the office of the Pima County Recorder's Office wherein The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-2 is the current beneficiary, has an interest in, further described as:

> A portion of the Southwest quarter of the Northwest quarter and Lot 4, Section 4, Township 14 South, Range 11 East, Gila and Salt River Base and Meridian, Pima County, Arizona, more particularly described as follows:
>
> Beginning at the Northwest corner of said Section 4;
>
> THENCE South 00°09'56" West along the West line of said Section 4, 500.75 feet to a point on the South right-of-way of San Joaquin Road as recorded in Book 7, Page 44 of Maps of Plats, Pima County, Arizona;
>
> THENCE South 45°45'35" East along said right-of-way, 649.43 feet to the POINT OF BEGINNING;
>
> THENCE continue along said right-of-way South 45°45'35" East, 296.91 feet:
>
> Thence South 44°14'25" West, 649.42 feet;
>
> THENCE North 89°50'04" West, 228.15 feet to a point on the West line of said Section 4;
>
> THENCE North 00°09'56" East along said West line, 191.22 feet;
>
> THENCE North 44°14'25" East, 670.74 feet to the POINT OF BEGINNING.
>
> (JV ARB 262)

IT IS FURTHER ORDERED The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-2 its assigns and/or successors in interest is hereby authorized to take whatever state law or contractual rights it may have in the above legally described property, in its discretion.

IT IS FURTHER ORDERED that Rule 4001 (a)(3) of the Rules of Federal Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay as the Debtors indicated that the real property will be surrendered according to the Statement of Intention and no objection was filed by the Debtor or the Trustee.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

**SIGNED AND DATED ABOVE**